## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **SERVICE EMPLOYEES INTERNATIONAL** ) | |
| **UNION NATIONAL INDUSTRY PENSION** ) | |
| **FUND; and BOARD OF TRUSTEES OF THE** ) | |
| **SERVICE EMPLOYEES INTERNATIONAL** ) | |
| **UNION NATIONAL INDUSTRY PENSION** ) | |
| **FUND,** ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | **Civil Action No. 1:05-cv-02174-JR** |
| ) | |
| **MERCHANDISE MART PROPERTIES, INC.** ) | |
| **222 Merchandise Mart Plaza, Suite 470** ) | |
| **Chicago, Illinois  60654,** ) | |
| ) | |
| *Defendant*. ) | |
| _____ ) | |

### NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel for defendant Merchandise Mart Properties, Inc.  The undersigned will act as lead counsel for defendant in this civil action.

Respectfully submitted,

*/s/ Jeffrey S. Berlin*

_____
Jeffrey S. Berlin (D.C. Bar No. 200048)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8178
jberlin@sidley.com

*Attorney for Merchandise Mart Properties, Inc.*

November 30, 2005