## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
)
**SERVICE EMPLOYEES INTERNATIONAL** )
**UNION NATIONAL INDUSTRY PENSION** )
**FUND; and BOARD OF TRUSTEES OF THE** )
**SERVICE EMPLOYEES INTERNATIONAL** )
**UNION NATIONAL INDUSTRY PENSION** )
**FUND,** )
)
          *Plaintiffs*, )
)
    v. )       **Civil Action No. 1:05-cv-02174-JR**
)
**MERCHANDISE MART PROPERTIES, INC.** )
**222 Merchandise Mart Plaza, Suite 470** )
**Chicago, Illinois  60654,** )
)
          *Defendant*. )
_____ )

## CONSENT MOTION FOR AN EXTENSION OF TIME

        Defendant Merchandise Mart Properties, Inc., through its counsel, hereby requests a fifteen-day extension of time, to and including December 20, 2005, in which to answer or otherwise respond to plaintiff's Complaint.  Defendants' response is currently due December 5, 2005.  Counsel has only recently been engaged and will need the additional time to become familiar with the pertinent facts prior to responding to the Complaint.

        Defendant's counsel has conferred with plaintiffs' counsel and is authorized to represent that plaintiffs consent to the granting of this motion.

Respectfully submitted,

*/s/ Jeffrey S. Berlin*

_____
Jeffrey S. Berlin (D.C. Bar No. 200048)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8178
jberlin@sidley.com

*Attorney for Merchandise Mart*
*Properties, Inc.*

November 30, 2005