UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; and BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,** )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>**MERCHANDISE MART PROPERTIES, INC.,** )<br><br>*Defendant*. ) | Civil Action No. 1:05-cv-02174-JR |

## ORDER

This matter having come before the Court upon the Consent Motion For An Extension Of Time, in which defendant Merchandise Mart Properties, Inc., requests a fifteen-day extension of time, to and including December 20, 2005, in which to answer or otherwise respond to plaintiffs' Complaint, and plaintiffs having consented to the grant of the Motion,

IT IS HEREBY ORDERED that defendant's Motion be and the same hereby is granted, and that defendant shall have until December 20, 2005, in which to answer or otherwise respond to plaintiffs' Complaint.

Entered this ____ day of _____, 2005.

_____
United States District Judge

- 2 -

Serve:

Eunice H. Washington
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, D.C.  20005