UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**SERVICE EMPLOYEES INTERNATIONAL**  )
**UNION NATIONAL INDUSTRY PENSION**  )
**FUND; and BOARD OF TRUSTEES OF THE** )
**SERVICE EMPLOYEES INTERNATIONAL**  )
**UNION NATIONAL INDUSTRY PENSION**  )
**FUND,**                                 )
                                                    )
    *Plaintiffs*,                  )
                                                    )
 v.                                          )   Civil Action No. 1:05-cv-02174-JR
                                                    )
**MERCHANDISE MART PROPERTIES, INC.** )
**222 Merchandise Mart Plaza, Suite 470**  )
**Chicago, Illinois  60654,**              )
                                                    )
    *Defendant*.                  )
_____)

**CERTIFICATE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS REQUIRED BY LCvR 7.1**

  The following certification is made pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

  I, the undersigned, counsel of record for defendant Merchandise Mart Properties, Inc., certify that to the best of my knowledge, information and belief, the following are the parent companies, subsidiaries or affiliates of defendant which have any outstanding securities in the hands of the public:

  Defendant Merchandise Mart Properties, Inc. is wholly owned by Vornado Realty Trust, which is a publicly held company.

  Alexander's, Inc., a real estate investment trust that is managed by Vornado Realty Trust, has outstanding securities in the hands of the public.

- 2 -

      These representations are made in order that judges of this Court may determine the need for recusal.

                                                    Respectfully submitted,

                                                  */s/ Jeffrey S. Berlin*

                                                  _____
                                                Jeffrey S. Berlin (D.C. Bar No. 200048)
                                                SIDLEY AUSTIN BROWN & WOOD LLP
                                                1501 K Street, N.W.
                                                Washington, D.C.  20005
                                                (202) 736-8178
                                                jberlin@sidley.com

                                                *Attorney of Record for Defendant*
                                                *Merchandise Mart Properties, Inc.*

December 20, 2005