UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANDISE MART PROPERTIES, INC.<br><br>Defendant. | Civil Action No. 1:05CV02174 (JR) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to FRCP 41(a)(1)(ii), the undersigned parties hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice. Each party shall bear its own costs including attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Eunice H. Washington<br>Eunice H. Washington<br>DC Bar No. 438477<br>SEIU Benefit Funds Legal Department<br>1313 L Street, N.W.<br>Washington, DC 20005<br>(202) 626-1440<br><br>Attorney for Plaintiffs | /s/ Jeffrey S. Berlin<br>Jeffrey S. Berlin<br>DC Bar No. 200048<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>(202) 736-8178<br><br>Attorney for Defendant |

Dated: February 2, 2006